UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:23-cv-2353-VMC-CPT

HOWARD COHAN,

    Plaintiff,

vs.

LAKELAND HOTELS LLC
a Florida Limited Liability Company
d/b/a HOLIDAY INN EXPRESS & SUITES

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, LAKELAND HOTELS LLC, a Florida Limited Liability Company, d/b/a HOLIDAY INN EXPRESS & SUITES, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED February 28, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Jeremy W. Rogers** |
| Gregory S. Sconzo, Esq. | JEREMY W. ROGERS |
| Florida Bar No.: 0105553 | Florida Bar No.: 150551 |
| Sconzo Law Office, P.A. | WARD LAW, LLC |
| 3825 PGA Boulevard, Suite 207 | 8875 Hidden River Parkway |
| Palm Beach Gardens, FL 33410 | Suite 300 |
| Telephone: (561) 729-0940 | Tampa, FL 33637 |

1

| | |
|---|---|
| Facsimile: (561) 491-9459 | (813)558-3387 |
| Email: greg@sconzolawoffice.com | Fax (813)550-0840 |
| Secondary Email: | jrogers@thewardlaw.com |
| mcniff@sconzolawoffice.com | Attorneys for Defendant |
| Attorney for Plaintiff | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

        **/s/ Gregory S. Sconzo**
        **Gregory S. Sconzo, Esq.**