UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOWARD COHAN,

     Plaintiff,

                                   CASE NO.:  8:23-cv-2353-VMC-CPT

vs.


LAKELAND HOTELS LLC
a Florida Limited Liability Company
d/b/a HOLIDAY INN EXPRESS & SUITES

     Defendant(s).

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, HOWARD COHAN and the Defendant, LAKELAND HOTELS LLC, a Florida Limited Liability Company, d/b/a HOLIDAY INN EXPRESS & SUITES, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against LAKELAND HOTELS LLC, a Florida Limited Liability Company, d/b/a HOLIDAY INN EXPRESS & SUITES; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED April 26, 2024.

By: **/s/ Gregory S. Sconzo**                By: **/s/ Jeremy W. Rogers**

Gregory S. Sconzo, Esq.                      JEREMY W. ROGERS
Florida Bar No.: 0105553                     Florida Bar No.: 150551
Sconzo Law Office, P.A.                      WARD LAW, LLC
3825 PGA Boulevard, Suite 207             8875 Hidden River Parkway
Palm Beach Gardens, FL 33410             Suite 300
Telephone: (561) 729-0940                 Tampa, FL 33637

Facsimile: (561) 491-9459          (813)558-3387
Email: greg@sconzolawoffice.com    Fax (813)550-0840
Email: perri@sconzolawoffice.com   jrogers@thewardlaw.com
Attorney for Plaintiff             Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

      /s/ Gregory S. Sconzo
      **Gregory S. Sconzo, Esq.**

2